VINCENT D. HOWARD, State Bar No. 232478
vhoward@howardnassiri.com
DAMIAN J. NASSIRI, State Bar No. 231667
dnassiri@howardnassiri.com
GREGORY H. D. ALUMIT, State Bar No. 257124
gregory.alumit@howardnassiri.com
HOWARD | NASSIRI, PC
1600 South Douglass Road, First Floor
Anaheim, CA 92806
(800) 872-5925 Telephone
(888) 533-7310 Facsimile
www.HOWARDNASSIRI.com

Attorneys for Plaintiff, MONICA CLEMENS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MONICA CLEMENS, | CASE NO. C09-003365 EMC |
|---|---|
| Plaintiff, | |
| v. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; AND DOES 1-10, | ORDER |
| Defendants. | |

Plaintiff, Monica Clemens, hereby request the Court approve the substitution of Monica Clemons as in pro per in place and stead of HOWARD | NASSIRI, PC.

I consent to the above substitution.

Dated: August 5, 2009

_____
Signature of Present Attorney

If party requesting to appear Pro Se:
Dated: August 5, 2009

Monica Clemens
Signature of Requesting Party

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

| | |
|---|---|
| 1 | VINCENT D. HOWARD, State Bar No. 232478 |
| | vhoward@howardnassiri.com |
| 2 | DAMIAN J. NASSIRI, State Bar No. 231667 |
| | dnassiri@howardnassiri.com |
| 3 | GREGORY H. D. ALUMIT, State Bar No. 257124 |
| | gregory.alumit@howardnassiri.com |
| 4 | **HOWARD | NASSIRI, PC** |
| | 1600 South Douglass Road, First Floor |
| 5 | Anaheim, CA 92806 |
| | (800) 872-5925 Telephone |
| 6 | (888) 533-7310 Facsimile |
| | www.HOWARDNASSIRI.com |
| 7 | |
| 8 | Attorneys for Plaintiff, MONICA CLEMENS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONICA CLEMENS, | ) | CASE NO. C09-003365 EMC |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |
| | ) | |
| J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC.; FIRST AMERICAN TITLE INSURANCE COMPANY; AND DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court hereby orders that the request of:

MONICA CLEMENS, Plaintiff, to substitute Monica Clemens who is Pro Se, 101 Anza Vista, San Francisco, CA 94115, Telephone Number: (415) 829-7881, E-Mail address: carealestate007@yahoo.com, as attorney of record in place of HOWARD | NASSIRI, PC, is hereby granted.

Dated 8/18/09

_____
U. S. District Judge/U.S. Magistrate Judge

[PROPOSED] ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY
- 1 -

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MONICA CLEMENS,

    Plaintiff,

v.

J.P. MORGAN CHASE et al,

    Defendant.
_____/

Case Number: CV09-03365 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Monica Clemens
101 Anza Vista
San Francisco, CA 94115

(Tel) 415-829-7881
carealestate007@yahoo.com

Dated: August 18, 2009

*Betty Lee*

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk