United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CLEMENS,<br><br>    Plaintiff,<br><br>    v.<br><br>J.P. MORGAN CHASE NATIONAL<br>CORPORATE SERVICES, INC., *et al.*,<br><br>    Defendants.<br>_____/ | No. C-09-3365 EMC<br><br>**ORDER DENYING PLAINTIFF'S<br>MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docket No. 6)** |

    Currently pending before the Court is Plaintiff Monica Clemens's motion for a default judgment against Defendant First American Title Insurance Company ("First American"). Having considered the parties' briefs and accompanying submissions, as well as all other evidence of record, the Court hereby **DENIES** the motion. The motion is procedurally improper. "Federal Rule of Civil Procedure 55(b) contemplates that a default judgment may be sought *after* default has been entered against a defendant." *Wesson v. Clark*, No. C 07-1437 SI (pr), 2008 U.S. Dist. LEXIS 87297, at *1 (N.D. Cal. Oct. 28, 2008). Here, Ms. Clemens failed to obtain entry of default before moving for default judgment. *See id.*

    Even if the Court were to construe Ms. Clemens's motion for default judgment on the merits, it would still deny the motion. In determining whether a default judgment is appropriate pursuant to Rule 55, a court must consider the following factors:

> (1) the possibility of prejudice to the plaintiff; (2) the merits of plaintiff's substantive claim; (3) the sufficiency of the complaint; (4) the sum of money at stake in the action; (5) the possibility of a dispute

> concerning material facts; (6) whether the default was due to excusable neglect, and (7) the strong policy underlying the Federal Rules of Civil Procedure favoring decisions on the merits.

*Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986). Ms. Clemens has not addressed any of these factors in her motion. More important, the fifth and seventh factors strongly weighs against a default judgment since First American has filed an opposition to the motion for default judgment, as does the sixth factor since First American has established that, at the very least, a serious question exists as to whether the removal was properly effected in the first place. *See* 28 U.S.C. § 1446(d) (providing that, "[p]romptly after the filing of [the] notice of removal of a civil action [in the federal court] the defendant or defendants shall give written notice thereof to all adverse parties *and shall file a copy of the notice with the clerk of such State court, which shall effect removal* and the State court shall proceed no further unless and until the case is remanded") (emphasis added); Clemens Decl. ¶ 5 (admitting that, [a]s of August 7, 2009, Marin County Superior Court had no record of removal").

For the foregoing reasons, Ms. Clemens's motion is denied, and First American's answer as filed in the state court on July 23, 2009 -- a copy of which is located at Docket No. 12 -- is recognized as First American's timely answer to the complaint. The Court notes, however, that Ms. Clemens has now filed an amended complaint, *see* Docket No. 18, to which First American is obligated to respond in accordance with federal law or be subject to the risk of an entry of default and default judgment.

This order disposes of Docket No. 6.

IT IS SO ORDERED.

Dated: September 1, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CLEMENS,<br><br>                Plaintiff,<br><br>        v.<br><br>J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., *et al.*,<br><br>                Defendants.<br>_____/ | No. C-09-3365 EMC<br><br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California. On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

Monica Clemens
101 Anza Vista
San Francisco, CA  94115
415/271-6990
carealestate007@yahoo.com

Dated:  September 1, 2009          RICHARD W. WIEKING, CLERK


                                                           By:      /s/
                                                                Leni Doyle
                                                                Deputy Clerk