UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA CLEMENS, | No. C-09-3365 EMC |
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S REQUEST TO FILE AMENDMENT TO COMPLAINT BASED ON NEW EVIDENCE** |
| J.P. MORGAN CHASE NATIONAL CORPORATE SERVICES, INC., *et al.*, | |
| Defendants. | **(Docket No. 74)** |
| _____/ | |

On February 24, 2010, the Court issued an order granting Defendants' motion to dismiss Plaintiff's Truth in Lending Act and California Business & Professions Code § 17200 claims. Docket No. 69. Judgment in this action issued the same day and no notice of appeal was ever filed. Now, over four years later, Plaintiff has filed a request to file an amendment to her complaint based on new evidence. Docket No. 74.

Because a final judgment has issued in this action, a motion to amend the complaint "may be considered only if the judgment is first reopened under Rule 59 or 60." *Lindauer v. Rogers*, 91 F.3d 1355, 1357 (9th Cir. 1996). Construing Plaintiff's request as a motion under Rule 59 or Rule 60, it is nonetheless denied as untimely. Under Rule 59(e), a motion to alter or amend a judgment "must be filed no later than 28 days after the entry of the judgment." Fed. R. Civ. P. 59(e). Further, a motion for relief from a judgment under Rule 60 "must be made within a reasonable time" and, where the motion is based on newly discovered evidence, "no more than a year after the entry of the

judgment." Fed. R. Civ. P. 60(c)(1). Plaintiff's request – filed four years after the judgment in this action – is untimely under both provisions.

For the foregoing reasons, Plaintiff's request to file an amendment to her complaint is **DENIED**.

IT IS SO ORDERED.

Dated: August 12, 2014

_____
EDWARD M. CHEN
United States Magistrate Judge